S. C. BREASHEAR *v.* RICHARD BREASHEAR.

**Pleadings—Petition—Answer Not Sufficient.**
The petition charges, in express terms, a joint borrowing and indebtedness on the part of appellant and Phillips. The answer of appellant is evasive; a denial that he borrowed the money, or that it was loaned at his special instance and request is not sufficient.

**Appeals and Error—Bill of Exceptions—Statement of Clerk Not Sufficient.**
A mere statement of the clerk that the paper copied in the record is the amendment offered and rejected by the court is not sufficient to identify it. It should have been incorporated in a bill of exceptions.

APPEAL FROM LARUE CIRCUIT COURT.

January 24, 1872.

OPINION OF THE COURT BY JUDGE PETERS:

The petition, in this case, charges, in express terms, a joint borrowing and indebtedness on the part of appellant, and Phillips.

The answer of appellant is specious, and evasive; a denial that *he* borrowed the money, or that it was loaned at *his* special instance and request, is not a sufficient denial of the allegations of the petition, and the court below might well have instructed the jury peremptorily to have found for the plaintiff, notwithstanding the answer.

The mere statement of the clerk that the paper copied in the record is the amendment offered by appellant, and rejected by the court, as has been repeatedly held by this court, does not sufficiently identify it, and this court is not assured thereby that it is the same paper. It should have been incorporated by a bill of exceptions, and made a part of the record by an order of court. As, therefore, the facts alleged were not traversed by the answer, the judgment is right on the pleadings, and the same must be *affirmed.*

*Thurman,* for appellant.
*Chelf, Read & Twyman,* for appellee.